#114  #127898

FILED
2009 SEP 14 PM 3:17
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western DIVISION

| | |
|---|---|
| In the matter of:<br><br>JORDAN, MATTHEW JOSEPH<br>JORDAN, DANEDA LYNN<br><br>M & D VENDING<br>      Debtors. | Case No. 08-34918<br><br>Chapter 7<br><br>Judge MARY ANN WHIPPLE<br><br>DIVIDENDS LESS THAN $5.00 |

    Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has combined dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No 114 in the amount of $4.99.

    The dividend relates to the following claimant:

| **Claimant** | **Amount** |
|---|---|
| St. Rita's Medical Center<br>PO Box 711838<br>Columbus, OH 43271 | $ 402.97 |

/s/ BRUCE COMLY FRENCH
BRUCE COMLY FRENCH, Trustee
Reg. No. 0005298
PO BOX 839
LIMA, OH 45802-0839
Telephone: (419) 222-9134
Facsimile: (419) 222-9437